1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Kenneth R. Chiate (Bar No. 39554)
2  kennethchiate@quinnemanuel.com
   David M. Grable (Bar No. 237765)
3  davegrable@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
4  Los Angeles, CA 90017
   Telephone:   (213) 443-3000
5  Facsimile:   (213) 443-3100

6  Kevin L. Jones (Bar No. 324068)
   kevinjones@quinnemanuel.com
7  50 California St, 22nd Floor
   San Francisco, CA 94111
8  Telephone:   (415) 875-6600
   Facsimile:   (415) 875-6700
9
   *Attorneys for Commonwealth Land
10 Title Insurance Company, Inc.,
   a Florida Corporation.*
11

12
                    UNITED STATES DISTRICT COURT
13                 NORTHERN DISTRICT OF CALIFORNIA
14

15 
   COMMONWEALTH LAND TITLE              Case No. 3:20-cv-07097
16 INSURANCE COMPANY, a Florida
   Corporation,                         **NOTICE OF APPEARANCE FOR**
17                                      **DAVID M. GRABLE**
                Plaintiff,
18                                      **Complaint Filed:** October 12, 2020
          vs.
19
   830 EDDY STREET, LLC, a Delaware
20 limited liability company; MFA 830
   EDDY LLC, a Delaware limited
21 liability company;
    BUILD INC., a California
22 corporation; 830 EDDY
   INVESTMENT, LLC, a California
23 limited liability company;
24
                Defendants.
25

26

27

28

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that David M. Grable of Quinn Emanuel Urquhart & Sullivan, LLP hereby appears as counsel of record for Plaintiff Commonwealth Land Title Insurance Company.  Copies of all pleadings, papers, correspondence, and electronic filing notices should be directed to:

> David M. Grable (Bar No. 237765)
> davegrable@quinnemanuel.com
> 865 South Figueroa Street, 10th Floor
> Los Angeles, California  90017-2543
> Telephone:   (213) 443-3000
> Facsimile:    (213) 443-3100

DATED:  October 12, 2020        QUINN EMANUEL URQUHART & SULLIVAN, LLP


                                      By */s/ David M. Grable*
                                          David M. Grable
                                          Attorney for Commonwealth Land Title Insurance Co.