AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Florida Corporation<br><br>*Plaintiff(s)*<br><br>v.<br><br>830 EDDY STREET, LLC, a Delaware limited liability company; MFA 830 EDDY LLC, a Delaware limited liability company; BUILD INC., a California corporation; 830 EDDY INVESTMENT, LLC, a California limited liability<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 3:20-cv-07097  JSC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  MFA 830 Eddy LLC
Primary Address:
1251 Avenue of the Americas, Ste 800
New York, NY 10020

Second Address:
100 First Street, Suite 2350
San Francisco, CA 94105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kenneth R. Chiate (Bar No. 39554)
kennethchiate@quinnemanuel.com
David M. Grable (Bar No. 237765)
davegrable@quinnemanuel.com
Kevin L. Jones (Bar No. 324068)
kevinjones@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: October 13, 2020                       /s/ Gina Agustine     Gina Agustine

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-07097   JSC

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Florida Corporation <br><br> *Plaintiff(s)* <br><br> v. <br><br> 830 EDDY STREET, LLC, a Delaware limited liability company; MFA 830 EDDY LLC, a Delaware limited liability company; BUILD INC., a California corporation; 830 EDDY INVESTMENT, LLC, a California limited liability <br> *Defendant(s)* | Civil Action No. 3:20-cv-07097   JSC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Build Inc.
315 Linden Street
San Francisco, CA 94102


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Kenneth R. Chiate (Bar No. 39554)
kennethchiate@quinnemanuel.com
David M. Grable (Bar No. 237765)
davegrable@quinnemanuel.com
Kevin L. Jones (Bar No. 324068)
kevinjones@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: October 13, 2020

*CLERK OF COURT*
*Susan Y. Soong*

Gina Agustine
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-07097  JSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Florida Corporation<br><br>*Plaintiff(s)*<br><br>v.<br><br>830 EDDY STREET, LLC, a Delaware limited liability company; MFA 830 EDDY LLC, a Delaware limited liability company; BUILD INC., a California corporation; 830 EDDY INVESTMENT, LLC, a California limited liability<br>*Defendant(s)* | Civil Action No. 3:20-cv-07097  JSC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

830 Eddy Street, LLC
315 Linden Street
San Francisco, CA 94102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Kenneth R. Chiate (Bar No. 39554)
kennethchiate@quinnemanuel.com
David M. Grable (Bar No. 237765)
davegrable@quinnemanuel.com
Kevin L. Jones (Bar No. 324068)
kevinjones@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: October 13, 2020

Gina Agustine
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-07097  JSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Florida Corporation<br><br>*Plaintiff(s)*<br><br>v.<br><br>830 EDDY STREET, LLC, a Delaware limited liability company; MFA 830 EDDY LLC, a Delaware limited liability company; BUILD INC., a California corporation; 830 EDDY INVESTMENT, LLC, a California limited liability<br>*Defendant(s)* | Civil Action No. 3:20-cv-07097   JSC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

830 Eddy Investment, LLC
315 Linden Street
San Francisco, CA 94102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Kenneth R. Chiate (Bar No. 39554)
kennethchiate@quinnemanuel.com
David M. Grable (Bar No. 237765)
davegrable@quinnemanuel.com
Kevin L. Jones (Bar No. 324068)
kevinjones@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: October 13, 2020

Gina Agustine

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-07097  JSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: