| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>Michael B. Carlinsky (*Pro Hac Vice*)<br>michaelcarlinsky@quinnemanuel.com<br>Jeremy Baldoni (*Pro Hac Vice* Forthcoming)<br>jeremybaldoni@quinnemanuel.com<br>51 Madison Ave., 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>David M. Grable (Bar No. 237765)<br>davegrable@quinnemanuel.com<br>Zoe K. Beiser (Bar No. 332155)<br>zoebeiser@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>Cristina A. Henriquez (Bar No. 317445)<br>cristinahenriquez@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br><br>*Attorneys for Plaintiff and Counter-Defendant* | COX, CASTLE & NICHOLSON LLP<br><br>Andrew B. Sabey (SBN 160416)<br>asabey@coxcastle.com<br>50 California Street, Suite 3200<br>San Francisco, CA 94111<br>Telephone: (415) 262-5100<br>Facsimile: (415) 262-5199<br><br>Susan Davis (SBN 125854)<br>sdavis@coxcastle.com<br>2029 Century Park East, Suite 2100<br>Los Angeles, CA 90067-3284<br>Telephone: (310) 284-2200<br>Facsimile: (310) 284-2100<br><br>PATTON SULLIVAN BRODEHL LLP<br><br>Kevin R. Brodehl (SBN 197657)<br>kbrodehl@psblegal.com<br>Zachary B. Young (SBN 288553)<br>zyoung@psblegal.com<br>12647 Alcosta Blvd., Suite 430<br>San Ramon, CA 94583<br>Telephone: (925) 600-1800<br>Facsimile: (925) 600-1802<br><br>COLLINS + COLLINS LLP<br>Edward J. Riffle (SBN 193983)<br>eriffle@ccllp.law<br>Jason Y. Chao (SBN 250735)<br>jchao@ccllp.law<br>790 E. Colorado Blvd., Ste. 600<br>Pasadena, CA 91101<br>Telephone: (626) 243-1100<br>Facsimile: (626) 243-1111<br><br>*Attorneys for Defendants and Counterclaimants* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Florida Corporation,<br><br>          Plaintiff,<br>     vs.<br><br>830 EDDY STREET, LLC, a Delaware limited liability company; MFA 830 EDDY LLC, a | CASE No. 3:20-cv-07097-JSC<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| Delaware limited liability company; BUILD INC., a California corporation; 830 EDDY INVESTMENT, LLC, a California limited liability company,<br>              Defendants. | Judge:     Hon. Jacqueline S. Corley<br><br>Trial Date:   May 2, 2022 |
| 830 EDDY STREET, LLC, a Delaware limited liability company; MFA 830 EDDY LLC, a Delaware limited liability company,<br>              Counterclaimants,<br>     vs.<br>COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Florida Corporation,<br>              Counter-Defendant. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties—Plaintiff and Counter-Defendant Commonwealth Land Title Insurance Company, Defendants Build Inc., 830 Eddy Investment, LLC, and Defendants and Counter-Claimants 830 Eddy Street, LLC, and MFA 830 Eddy LLC—by and through their undersigned counsel, hereby stipulate and declare as follows:

WHEREAS, this matter has settled in all respects;

WHEREAS, the parties have entered into a written settlement agreement;

WHEREAS, the parties have agreed that each party will bear its own attorneys' fees, expenses, and costs;

NOW, THEREFORE, THE PARTIES STIPULATE AND RESPECTFULLY REQUEST that this entire action, including all claims and counterclaims, be dismissed with prejudice. The parties further request that the Court retain jurisdiction to interpret and enforce the terms of the settlement agreement.

DATED: October 18, 2021                QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                       By     /s/ David M. Grable
                                       David M. Grable
                                       *Attorneys for Plaintiff and Counter-Defendant Commonwealth Land Title Insurance Company*

-- 1 --                                                    Case No. 3:20-cv-07097-JSC
JOINT STIPULATED REQUEST AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

DATED: October 18, 2021                COX, CASTLE & NICHOLSON LLP

By  */s/ Andrew B. Sabey*
Andrew B. Sabey

*Attorneys for Defendants and Counter-Claimant 830 Eddy Street, LLC*

DATED: October 18, 2021                PATTON SULLIVAN BRODEHL LLP

By  */s/ Kevin R. Brodehl*
Kevin R. Brodehl

*Attorneys for Defendant and Counter-Claimants MFA 830 Eddy LLC and 830 Eddy Street, LLC*

DATED: October 18, 2021                COLLINS + COLLINS LLP

By  */s/ Jason Y. Chao*
Jason Y. Chao

*Attorneys for Defendants Build Inc. and 830 Eddy Investment, LLC*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: October 18, 2021                /s/  David M. Grable
David M. Grable

# [PROPOSED] ORDER

The parties have notified the Court that this matter has been settled in all aspects. Before the Court is the parties' stipulated request that (1) this entire action, including all claims and counterclaims, be dismissed with prejudice, with each party to bear its own attorneys' fees, expenses, and costs; and (2) the Court retain jurisdiction to interpret and enforce the terms of the settlement agreement. The Court GRANTS the parties' stipulated request. The Court hereby dismisses this action in its entirety, including all claims and counterclaims, with prejudice, with each party to bear its own attorneys' fees, expenses, and costs. In addition, the Court retains jurisdiction to interpret and enforce the terms of the settlement agreement. Accordingly, the Clerk of the Court is directed to close this action.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   October 18, 2021



United...

-- 3 --   Case No. 3:20-cv-07097-JSC
JOINT STIPULATED REQUEST AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE